Josephine M. Gerrard (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Lynn Tir

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN TIR,<br><br>            Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>            Defendant | Case No. 2:23-cv-08303-AS<br><br>**[PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, IT IS ORDERED that fees and expenses in the amount of $10,500.00 as authorized by 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920 be awarded subject to the terms of the Stipulation.

Date: February 6, 2025

/ s / Sagar
Honorable Alka Sagar
United States Magistrate Judge